Sears, Roebuck & Company, Appellee, v. Edward H. Sigman and Irene E. Sigman, Appellants.

Gen. No. 46,948.

First District, Second Division.
December 27, 1956.
Released for publication March 5, 1957.

 Korshak and Rothman, for appellants, Thomas J. Finnegan, of counsel; Martin Faier, and Lowell B. Komie, for appellee. Opinion by JUDGE SCHWARTZ. Not to be published in full.